OPINION — AG — ** LOTTERY — GAMBLING — RAFFLE — PROPERTY ** ANY RAFFLE SCHEME BY A PRIVATE PROPERTY OWNER ATTEMPTING TO DISPOSE OF HIS HOME OR REAL PROPERTY WITH IMPROVEMENTS, WHICH SCHEME INVOLVES THE ELEMENT OF PRIZE, CHANCE, AND VALUABLE CONSIDERATION, IS PROHIBITED UNDER 21 O.S. 1051 [21-1051] CITE: 21 O.S. 1053 [21-1053], 21 O.S. 1054 [21-1054] [21-1054], 21 O.S. 1068 [21-1068] (LOTTERY ACT), 21 O.S. 1062 [21-1062] (JOHN E. DOUGLAS)